UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| FAITHLIFE CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | Cause No. 2:18-cv-01679<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Philadelphia Indemnity Insurance Company ("PIIC") makes the following corporate disclosure:

Philadelphia Indemnity Insurance Company is a wholly owned subsidiary of Philadelphia Consolidated Holding Corp., which itself is a privately held and wholly owned subsidiary of Tokio Marine North America, Inc. ("TMNA"), a privately held Delaware corporation. TMNA is a subsidiary of Tokio Marine and Nichido Fire Insurance Company, Ltd. ("TMNF"), a privately held insurance company organized under the Companies Act of Japan. TMNF is a subsidiary of Tokio Marine Holdings, Inc., an insurance holding company

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT – 1
USDC WD WA/SEA CAUSE NO. 2:18-cv-01679

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

6300.00158 kk19ef2199

1  organized under the Companies Act of Japan that is publicly traded on the Tokyo and Osaka

2  Exchanges.

3       DATED this 20th day of November, 2018.

4                                       SOHA & LANG, P.S.

5

6                       By: */s/Paul Rosner*
                         Paul Rosner, WSBA # 37146
                         Email address rosner@sohalang.com

7

8                           */s/Jillian Hinman*
                         Jillian M. Hinman, WSBA #40665
                         Email address hinman@sohalang.com

9                           **Soha & Lang, P.S.**
                         1325 Fourth Avenue, Suite 2000

10                          Seattle, WA  98101-2570
                         Telephone:  206-624-1800

11                          Facsimile:  206-624-3585
                         Attorneys for Defendant Philadelphia

12                          Indemnity Insurance Company

13

14

15

16

17

18

19

20

21

22

23

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT – 2
USDC WD WA/SEA CAUSE NO.  2:18-cv-01679

S<small>OHA</small> & L<small>ANG</small>, P.S.
A<small>TTORNEYS AT</small> L<small>AW</small>
1325 FOURTH AVENUE, STE 2000
S<small>EATTLE</small>, W<small>ASHINGTON</small>  98101
(206) 624-1800/F<small>AX</small> (206) 624-3585

6300.00158 kk19ef2199

**CERTIFICATE OF SERVICE**

     I hereby declare that on November 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Steven P. Adelstein
Jeffrey P. Fairchild
Ivan M. Stoner
Adelstein, Sharpe & Serka LLP
400 N. Commercial Street
Bellingham, WA 98225
Tel: (360) 671-6565
Fax: (360) 647-8148
Email: sadelstein@adelstein.com
Email: jfairchild@adelstein.com
Email: istoner@adelstein.com

*Attorney for Plaintiff Faithlife Corporation*

Dated this 20th day of November, 2018.

                                                   */s/Angela Murray*
                                                   _____
                                                   Angela Murray
                                                   Legal Secretary to Paul Rosner

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT – 3
USDC WD WA/SEA CAUSE NO. 2:18-cv-01679

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

6300.00158 kk19ef2199