# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON,
# AT SEATTLE

| | |
|---|---|
| FAITHLIFE CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | CAUSE NO. 2:18-CV-01679<br><br>~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S STIPULATED MOTION FOR TEMPORARY STAY OF CASE |

This MATTER COMES BEFORE THE Court on the parties' Stipulated Motion for Temporary Stay of Case. The Court has considered the pleadings filed in support of the stipulated motion and the remainder of the file and hereby GRANTS the Motion as follows:

~~Proposed~~ Order Granting Stipulated Motion for
Temporary Stay of Case Pending Completion of Underlying Litigation
Page 1

ADELSTEIN, SHARPE & SERKA LLP
400 NORTH COMMERCIAL STREET ■ P. O. BOX 5158
BELLINGHAM, WASHINGTON 98227-5158
TELEPHONE: (360) 671-6565
FAX: (360) 647-8148 ■ WEBSITE: WWW.ADELSTEIN.COM

1. This action shall be stayed for all purposes until the earliest of the following

    a. The conclusion of the Underlying Lawsuit; or

    b. Ninety (90) days from the entry of this order.

2. If it appears the Underlying Lawsuit will not conclude before the 90th day after a stay is entered, then the parties agree to provide a joint status report to the Court regarding whether they believe it would be appropriate to stay this action for an additional ninety (90) day period.

3. Upon expiration of the stay, the Court will issue an amended case schedule extending all deadlines consistent with the length of the stay.

4. Either of the Parties may, upon thirty (30) days written notice to the other party, note a motion to lift the stay prior to its expiration.

DATED this 6th day of December, 2018.

_____
ROBERT S. LASNIK
United States District Judge

Proposed Order Granting Stipulated Motion for
Temporary Stay of Case Pending Completion of Underlying Litigation
Page 2

ADELSTEIN, SHARPE & SERKA LLP
400 NORTH COMMERCIAL STREET ■ P. O. BOX 5158
BELLINGHAM, WASHINGTON 98227-5158
TELEPHONE: (360) 671-6565
FAX: (360) 647-8148 ■ WEBSITE: WWW.ADELSTEIN.COM

Jointly presented by:

ADELSTEIN, SHARPE & SERKA LLP

By: _s/ Ivan M. Stoner_
Jeffrey P. Fairchild, WSBA #18895
Steven P. Adelstein, WSBA #5521
Ivan M. Stoner, WSBA #43321
Adelstein, Sharpe & Serka, LLP
400 N Commercial St.
Bellingham, WA 98225
Email: jfairchild@adelstein.com
Email: sadelstein@adelstein.com
Email: istoner@adelstein.com
Telephone: 360-671-6565
Facsimile: 360-647-8148
Attorneys for Plaintiff Faithlife Corporation

SOHA & LANG, P.S.

By: _s/ Paul Rosner_
Ms. Jillian Hinman, WSBA #40665
Mr. Paul Rosner, WSBA #37146
Soha & Lang, P.S.
1325 Fourth Avenue, Suite 2000
Seattle, WA 98101-2570
Email: hinman@sohalang.com
Email: rosner@sohalang.com
Telephone: 206-624-1800
Facsimile: 206-624-3585
Attorneys for Defendant Philadelphia Indemnity Insurance Company

**Proposed Order Granting Stipulated Motion for Temporary Stay of Case Pending Completion of Underlying Litigation**
**Page 3**

ADELSTEIN, SHARPE & SERKA LLP
400 NORTH COMMERCIAL STREET ■ P. O. BOX 5158
BELLINGHAM, WASHINGTON 98227-5158
TELEPHONE: (360) 671-6565
FAX: (360) 647-8148 ■ WEBSITE: WWW.ADELSTEIN.COM