The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| FAITHLIFE CORPORATION, a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br>　　　　　　Defendant. | Cause No. 2:18-cv-01679 RSL<br><br>~~PROPOSED~~ ORDER GRANTING THE PARTIES STIPULATED MOTION TO EXTEND TEMPORARY STAY OF CASE |

This MATTER COMES BEFORE THE Court on the parties' Stipulated Motion to Extend Temporary Stay of Case. The Court has considered the pleadings filed in support of the stipulated motion and the remainder of the file and hereby GRANTS the Motion as follows:

1. This action shall be stayed for all purposes until the earliest of the following:

    a. The Conclusion of the Underlying Lawsuit; or

    b. Ninety (90) days from the entry of this order.

---

~~PROPOSED~~ ORDER GRANTING THE PARTIES STIPULATED MOTION
TO EXTEND TEMPORARY STAY OF CASE – 1
USDC WD WA/SEA CAUSE NO. 2:18-cv-01679 RSL

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

6300.00158 lc011e35zr

2. If it appears the Underlying Lawsuit will not conclude before the 90th day after a stay is entered, then the parties agree to provide a joint status report to the Court regarding whether they believe it would be appropriate to stay this action for an additional ninety (90) day period.

3. Upon expiration of the stay, the Court will issue an amended case schedule extending all deadlines consistent with the length of the stay.

4. Either of the Parties may, upon thirty (30) days written notice to the other party, note a motion to lift the stay prior to its expiration.

IT IS SO STIPULATED.

DATED this 4th day of March, 2019.

_____
Robert S. Lasnik
United States District Judge

~~PROPOSED~~ ORDER GRANTING THE PARTIES STIPULATED MOTION
TO EXTEND TEMPORARY STAY OF CASE – 2
USDC WD WA/SEA CAUSE NO. 2:18-cv-01679 RSL

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

6300.00158 lc011e35zr