**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

FAITHLIFE CORPORATION, a Washington corporation,

Plaintiff,

vs.

PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,

Defendant.

Cause No. 2:18-cv-01679 RSL

**STIPULATION AND ORDER DISMISSING MATTER WITH PREJUDICE**

**(Clerk's Action Required)**

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Faithlife Corporation and defendant Philadelphia Indemnity Insurance Company, as follows:

1. Plaintiff and defendant no longer have any disputes pending.

2. Accordingly, plaintiff and defendant hereby stipulate to the dismissal of this action in its entirety with prejudice, with each party to bear its own fees and costs.

///

///

STIPULATION AND ORDER DISMISSING MATTER WITH PREJUDICE – 1 W.D. of WA/SEA Case No.: 2:18-cv-01679RSL

4869-4229-0990, v. 1

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 2000
SEATTLE, WASHINGTON 98101-2570
(206) 624-1800/FAX (206) 624-3585

DATED this 1st day of September, 2022.

ADELSTEIN, SHARPE & SERKA, LLP

By: *s/Jeff Fairchild*
Jeffrey P. Fairchild, WSBA # 18895
Steve P. Adelstein, WSBA # 5521
400 N. Commercial St.
Bellingham, WA 98225
Telephone: 360-671-6565
Facsimile: 360-647-8148
Attorneys for Plaintiff

SOHA & LANG, P.S.

By: *s/Paul Rosner*
Paul M. Rosner, WSBA # 37146
Jillian M. Henderson, WSBA # 40665
1325 Fourth Avenue, Suite 2000
Seattle, WA 98101
Telephone: 206-624-1800
Facsimile: 206-624-3585
Attorneys for Defendant Philadelphia Indemnity Insurance Company

STIPULATION AND ORDER DISMISSING MATTER WITH PREJUDICE – 2 W.D. of WA/SEA Case No.: 2:18-cv-01679RSL

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 2000
SEATTLE, WASHINGTON 98101-2570
(206) 624-1800/FAX (206) 624-3585

4869-4229-0990, v. 1

**ORDER**

THIS MATTER having come before the Court on the foregoing Stipulated Motion for Dismissal, and the Court having reviewed the Stipulation and the pleadings on file herein and finding good cause,

NOW, THEREFORE, IT IS ORDERED that this matter is DISMISSED with prejudice and without fees or costs to any party.

DATED this 2nd day of September, 2022.

The Honorable Robert S. Lasnik

**STIPULATED TO AND PRESENTED BY:**

ADELSTEIN, SHARPE & SERKA, LLP

By: *s/Jeff Fairchild*
Jeffrey P. Fairchild, WSBA # 18895
Steve P. Adelstein, WSBA # 5521
400 N. Commercial St.
Bellingham, WA 98225
Telephone: 360-671-6565
Facsimile: 360-647-8148
Attorneys for Plaintiff

SOHA & LANG, P.S.

By: *s/Paul Rosner*
Paul M. Rosner, WSBA # 37146
Jillian M. Henderson, WSBA # 40665
1325 Fourth Avenue, Suite 2000
Seattle, WA 98101
Telephone: 206-624-1800
Facsimile: 206-624-3585
Attorneys for Defendant Philadelphia Indemnity Insurance Company

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 2000
SEATTLE, WASHINGTON 98101-2570
(206) 624-1800/FAX (206) 624-3585